UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lemal Demar Harper**                                              Docket No. 4:12-CR-67-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lemal Demar Harper, who, upon an earlier plea of guilty to Possess with Intent to Distribute a Quantity of Marijuana, a Quantity of 3,4 - Methylenedioxymethamphetamine (MDMA or Ecstasy), and a Quantity of Diphenoxylate Hydrochloride, and Possess Firearms in Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 5, 2012, to the custody of the Bureau of Prisons for a term of 75 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On January 21, 2015, the defendant's total term of imprisonment was reduced to 70 months.

Lemal Demar Harper was released from custody on June 20, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Upon reporting to the probation office for his initial visit with the probation officer on June 29, 2016, the defendant submitted a drug screen which later returned positive for the present of marijuana. When questioned on July 10, 2017, about the result received from the testing laboratory, the defendant admitted he had used marijuana. As a result of the defendant's use of marijuana, it is recommended the defendant participate in a cognitive behavioral program in an effort to assist the defendant with improving his decision-making skills, and to help the defendant set and achieve realistic goals to be successful. It is also recommended that the defendant participate in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, including urinalysis testing or other drug detection measures. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Lemal Demar Harper
Docket No. 4:12-CR-67-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: July 10, 2017

## ORDER OF THE COURT

Considered and ordered this __10__ day of __July__, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge