# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Fax: 919-861-5555

DATE: August 10, 2018

FROM: Scott Plaster
U.S. Probation Officer

SUBJECT: **HARPER, Lemal Demar**
**Docket No.: 4:12-CR-67-1BO**
**Petition for Early Termination of Supervised Release**

TO: Honorable Terrence W. Boyle
U.S. District Judge

On November 5, 2012, pursuant to a guilty plea to Count 4 - Possess with Intent to Distribute a Quantity of Marijuana, a Quantity of 3,4 - Methylenedioxymethamphetamine (MDMA or Ecstasy), and a Quantity of Diphenoxylate Hydrochloride, and Count 5 - Possess Firearms in Furtherance of a Drug Trafficking Crime, Lemal Demar Harper appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 75 months imprisonment to be followed by 5 years supervised release. The defendant was released from custody on June 20, 2017, and began supervision in the Eastern District of North Carolina.

On September 20, 2017, a motion for revocation of supervised release was filed as a result of the defendant's ongoing use of marijuana. An amended motion for revocation was filed on January 29, 2018, alleging additional drug use. At the defendant's revocation hearing on February 7, 2018, Harper admitted to using marijuana. Rather than revoke the defendant's supervised release, the court continued the defendant's supervision and instructed the probation officer to initiate revocation proceedings if the defendant tested positive for illegal drug use again or if there were any other violations. Additionally, the court also stated it would terminate the defendant's supervision provided the defendant maintains full compliance with the terms of his supervised release for six months.

He has performed satisfactorily on supervision since his revocation hearing on February 7, 2018. His term of supervised release is set to expire on June 19, 2022. The probation office is requesting early termination pursuant to the court's directive. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_     8-10-18
Terrence W. Boyle     Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.        Docket No. 4:12-CR-67-1BO

LEMAL DEMAR HARPER

On June 20, 2017, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: August 10, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __10__ day of __August__, 2018.

Terrence W. Boyle
U.S. District Judge